UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 22-21961 |
| | : | |
| Kenneth E. McKeel, | : | Chapter 13 |
| | : | |
| Debtor, | : | Document No. |
| | : | |
| Kenneth E. McKeel, | : | Hearing Date and Time: Wednesday, October 26, 2022 at 10:30 a.m. |
| | : | |
| Movant, | : | |
| | : | Responses Due By: Friday, October 21, 2022 |
| vs. | : | |
| | : | |
| All Creditors on the Mailing Matrix and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Defendants/Respondents. | : | |

CERTIFICATION OF NO OBJECTION TO MOTION
TO CONTINUE AUTOMATIC STAY REGARDING THE HEARING ON OCTOBER 26,2022

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Continue the Automatic Stay filed on October 4, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Continue the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Continue the Automatic Stay were to be filed and served no later than October 21, 2022.

      It is hereby requested that the Order attached to the Motion to Continue the Automatic Stay be entered by the Court.

Dated: October 24, 2022

                                                                                        ZEBLEY MEHALOV & WHITE, P.C.
                                                                                    By:

                                                                                    /s/ Daniel R. White
                                                                                    Daniel R. White
                                                                                    PA I.D. No. 78718
                                                                                    P.O. Box 2123
                                                                                    Uniontown, PA 15401
                                                                                    724-439-9200
                                                                                    E-mail: dwhite@Zeblaw.com
                                                                                    Attorney for Debtor