UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 22-21961 |
| | : | |
| Kenneth E. McKeel, | : | Chapter 13 |
| | : | |
| Debtor, | : | Related to Document No. 5 |
| | : | |
| Kenneth E. McKeel, | : | Hearing Date and Time: Wednesday, October 26, 2022 at 10:30 a.m. |
| | : | |
| Movant, | : | |
| | : | Responses Due By: October 21, 2022 |
| vs. | : | |
| | : | |
| All Creditors on the Mailing Matrix and Ronda J. Winnecour, Chapter 13 Trustee, | : | **DEFAULT O/E JAD** |
| | : | |
| Defendants/Respondents. | : | |

File No.:

ORDER CONTINUING AUTOMATIC STAY

And now, following consideration of the motion filed by Debtor, and following this Court's determination that the current Chapter 13 bankruptcy was filed in good faith as to all creditors identified in Debtor's schedules, it is hereby ordered and directed pursuant to 11 U.S.C. §362 (c)(3)(B) that the Automatic Stay in Debtor's current bankruptcy is continued beyond the initial (30) thirty day period and shall continue until discharge, dismissal and/or further order of court.

Dated: 10/24/2022

By the Court,

_[signature]_ sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
10/24/22 8:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 22-21961-JAD

Kenneth E. McKeel     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 3
Date Rcvd: Oct 24, 2022    Form ID: pdf900    Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth E. McKeel, 228 Dewitt Avenue, Connellsville, PA 15425-2325 |
| 15520232 | + | 13/7 LLC, P.O. Box 2011, Burlingame, CA 94011-2011 |
| 15520237 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 15520241 | + | Lendmark Financial Services, 55 Sugar Run Road--Suite 109, Waynesburg, PA 15370-9644 |
| 15520243 | + | Mariner Finance, 5142 State Route 30--Suite 102, Greensburg, PA 15601-7864 |
| 15520238 | + | Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 15520254 | + | Tsarouhis Law Group, 21 South 9th Street--Suite 200, Allentown, PA 18102-4861 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 24 2022 23:54:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15520233 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 24 2022 23:51:00 | Aspire Visa, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15520234 | + | Email/Text: bankruptcy@cavps.com | Oct 24 2022 23:51:00 | Cavalry Portfolio Services, 500 Summit Lake Drive--Suite 400, Valhalla, NY 10595-2321 |
| 15520993 | + | Email/Text: bankruptcy@cavps.com | Oct 24 2022 23:51:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15520235 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2022 00:04:23 | Citibank, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 15520236 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 24 2022 23:54:01 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15520240 | ^ | MEBN | Oct 24 2022 23:47:11 | KML Law Group, Suite 5000--BNY Mellon Independence Ctr., 701 Market Street, Philadelphia, PA 19106-1541 |
| 15520239 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 24 2022 23:51:00 | Kay Jewelers, Genesis FS Card Services, P.O. Box 4485, Beaverton, OR 97076-4485 |
| 15520242 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2022 23:54:02 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15521329 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2022 00:04:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15520960 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 24 2022 23:53:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15520244 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 24 2022 23:53:24 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15520245 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2022 23:51:00 | Midland Funding, 2365 Northside Drive--Suite 300, San Diego, CA 92108-2710 |

Case 22-21961-JAD    Doc 21    Filed 10/26/22    Entered 10/27/22 00:26:49    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2022 | Form ID: pdf900 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 15520246 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2022 23:51:00 | Midland Funding, P.O. Box 2011, Warren, MI 48090-2011 |
| 15520247 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 24 2022 23:51:00 | PNC Bank, P.O. Box 1820, Dayton, OH 45401-1820 |
| 15520248 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2022 00:04:22 | Portfolio Recovery, P.O. Box 12914, Norfolk, VA 23541-1223 |
| 15520249 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2022 00:04:32 | Sears Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 15520584 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 24 2022 23:54:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15520250 | | Email/PDF: gecsedi@recoverycorp.com | Oct 24 2022 23:53:31 | Synchrony Bank/Old Navy, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15520251 | | Email/PDF: gecsedi@recoverycorp.com | Oct 24 2022 23:53:23 | Synchrony Bank/Sam's Club, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15520252 | | Email/PDF: gecsedi@recoverycorp.com | Oct 24 2022 23:53:54 | Synchrony Bank/Walmart Mastercard, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15520253 | | Email/PDF: gecsedi@recoverycorp.com | Oct 24 2022 23:53:53 | Synchrony Bank/Yamaha, Attn: Bankruptcy Department, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15520255 | + | Email/Text: BAN5620@UCBINC.COM | Oct 24 2022 23:51:00 | United Collection Bureau, Inc., 5620 Southwyck Boulevard--Suite 206, Toledo, OH 43614-1501 |
| 15520256 | | Email/PDF: ebn_ais@aisinfo.com | Oct 24 2022 23:54:10 | Verizon by American Infosource, P.O. Box 248838, Oklahoma City, OK 73124-8838 |
| 15520257 | | Email/Text: bankrupt-adjdept@wesbanco.com | Oct 24 2022 23:51:00 | WesBanco Bank, Bankruptcy Department, One Bank Plaza, Wheeling, WV 26003-3565 |
| 15520258 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 24 2022 23:51:00 | West Penn Power, 5001 NASA Boulevard, Fairmont, WV 26554-8248 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15521139 | *+ | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2022        Signature:    /s/Gustava Winters

Case 22-21961-JAD    Doc 21    Filed 10/26/22    Entered 10/27/22 00:26:49    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 24, 2022 | Form ID: pdf900 | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Kenneth E. McKeel lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5