File No. 12189-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Kenneth E. McKeel, | : | |
| | : | |
| | : | |
| Debtor. | : | Case No. 22-21961 JAD |

### AFFIDAVIT OF INCOME

Kenneth E. McKeel, Debtor in the within bankruptcy, states that he is retired. He receives pension benefits of $ 3,353 monthly and Social Security retirement benefits of $1,618 monthly. He has no income from any other source.

Proof of Debtor's income is attached.

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that statements herein are made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsifications to authorities.

*Kenneth E McKeel* (signature)
Kenneth E. McKeel, Debtor

Case 22-21961-JAD  Doc 24  Filed 10/27/22  Entered 10/27/22 13:25:15  Desc Main
Document    Page 2 of 3

| Description | Debits | Credits | Date | Balance |
|---|---|---|---|---|
| LABORERS COMBINE PENSION XXXXX6270 | | $3,053.47 | Oct 03, 2022 | $4,502.16 |
| Pinned POS Debit 10/01 PA CONNELLSVILLE SHEETZ 0124 SEQ# 273724 0997 | $0.69 | | Oct 03, 2022 | $4,501.47 |
| Pinned POS Debit 10/01 PA CONNELLSVILLE MARTINS FUEL 62 SEQ# 917302 0997 | $20.00 | | Oct 03, 2022 | $4,481.47 |
| Pinned POS Debit 10/01 PA CONNELLSVILLE MARTINS FUEL 62 SEQ# 958755 7023 | $20.07 | | Oct 03, 2022 | $4,461.40 |
| Pinned POS Debit 10/01 PA CONNELLSVILLE SHEETZ 0124 SEQ# 083996 0997 | $20.63 | | Oct 03, 2022 | $4,440.77 |
| Pinned POS Debit 10/01 PA CONNELLSVILLE SHEETZ 0124 SEQ# 024408 0997 | $25.00 | | Oct 03, 2022 | $4,415.77 |
| Pinned POS Debit 10/01 PA CONNELLSVILLE SHEETZ 0124 SEQ# 024518 0997 | $46.80 | | Oct 03, 2022 | $4,368.97 |
| Pinned POS Debit 10/01 PA CONNELLSVILLE WM SUPERCENTER US SEQ# 123642 7023 | $54.98 | | Oct 03, 2022 | $4,313.99 |
| Pinned POS Debit 10/01 PA CONNELLSVILLE DOLLAR-GENERAL US SEQ# 073165 0997 | $56.64 | | Oct 03, 2022 | $4,257.35 |
| Pinned POS Debit 10/02 PA CONNELLSVILLE WAL-MART #5379 US SEQ# 460904 0997 | $101.98 | | Oct 03, 2022 | $4,155.37 |
| Pinned POS Debit 10/02 PA CONNELLSVILLE WM SUPERCENTER US SEQ# 760161 0997 | $102.18 | | Oct 03, 2022 | $4,053.19 |
| Pinned POS Debit 10/02 PA CONNELLSVILLE Wal-Mart Super US SEQ# 002840 0997 | $177.00 | | Oct 03, 2022 | $3,876.19 |
| ATM Withdrawal 10/01 PA CONNELLSVILLE 1002 W CRAWFORD AV US SEQ# 008479 0997 | $10.00 | | Oct 03, 2022 | $3,866.19 |
| ATM Withdrawal 10/01 PA CONNELLSVILLE 1002 W CRAWFORD AV US SEQ# 008485 0997 | $20.00 | | Oct 03, 2022 | $3,846.19 |
| Signature POS Debit 10/01 PA CONNELLSVILLE BURGER KING #28 Q0 SEQ# 000051 0997 | $23.77 | | Oct 03, 2022 | $3,822.42 |
| Recur Payment 10/01 CA 888-769-4526 IPSY GLAM BAG P SEQ# 073770 0997 | $31.79 | | Oct 03, 2022 | $3,790.63 |
| Signature POS Debit 10/01 PA CONNELLSVILLE HUNTER PHARMACY SEQ# 086051 7023 | $35.95 | | Oct 03, 2022 | $3,754.68 |
| Recur Payment 10/02 FL 877-430-2355 STRAIGHTTALK*SE ES SEQ# 066218 0997 | $38.13 | | Oct 03, 2022 | $3,716.55 |
| ATM Withdrawal 10/01 PA CONNELLSVILLE 1002 W CRAWFORD AV US SEQ# 008416 0997 | $40.00 | | Oct 03, 2022 | $3,676.55 |
| ATM Withdrawal 10/01 PA CONNELLSVILLE 1002 W CRAWFORD AV US SEQ# 008482 0997 | $40.00 | | Oct 03, 2022 | $3,636.55 |
| ATM Withdrawal 10/01 PA CONNELLSVILLE 1002 W CRAWFORD AV US SEQ# 008296 7023 | $60.00 | | Oct 03, 2022 | $3,576.55 |
| Signature POS Debit 10/01 PA CONNELLSVILLE CONNELLSVILLE B WA SEQ# 039279 7023 | $70.91 | | Oct 03, 2022 | $3,505.64 |
| ATM Withdrawal 10/01 PA CONNELLSVILLE 1002 W CRAWFORD AV US SEQ# 008417 0997 | $100.00 | | Oct 03, 2022 | $3,405.64 |
| ATM Withdrawal 10/01 PA CONNELLSVILLE 1002 W CRAWFORD AV US SEQ# 008188 0997 | $300.00 | | Oct 03, 2022 | $3,105.64 |
| Check #1413 | $1,500.00 | | Oct 03, 2022 | $1,605.64 |



## Demand Deposit 1346601 - KENNETH E MCKEEL

| | Relationship | Date of Birth | Phone Number | Tax Identification |
|---|---|---|---|---|
| ⊞ KENNETH E MCKEEL | Owner/Signer | *** **, **** | ********** | ~~SSN~~ |
| ⊞ DARLAH L MCKEEL | Owner/Signer | *** **, **** | ********** | ~~SSN~~ |
| 228 DEWITT AVE | | | | |
| CONNELLSVILLE PA 15425 | | | | |

Additional Relationships
Tax Name: KENNETH E MCKEEL

### Memo Balances

| | | | |
|---|---|---|---|
| Current Ledger Balance: | $22.90 | Current Available Balance: | $22.90 |
| Less Presentments: | ($20.00) | Less Presentments: | ($20.00) |
| **Memo Ledger Balance:** | **$2.90** | **Memo Available Balance:** | **$2.90** |

### Presentments

| Description | Memopost | Expiration | Ledger Adjustment | Available Adjustment |
|---|---|---|---|---|
| ⊞ Source: 1789 ATM WITHDRAWAL 1002 W CRAWFORD AV CONNELLSVILLE PA PM1977 0000178 | Oct 12, 2022 9:48 p.m. | Oct 13, 2022 | ($10.00) | ($10.00) |
| ⊞ Source: 1790 ATM WITHDRAWAL 1002 W CRAWFORD AV CONNELLSVILLE PA PM1977 0000179 | Oct 12, 2022 9:49 p.m. | Oct 13, 2022 | ($10.00) | ($10.00) |

### Current & Previous Cycle

| Description | Debits | Credits | Date | Balance |
|---|---|---|---|---|
| Balance Forward: | | | Sep 07, 2022 | $616.13 |
| Pinned POS Debit 09/07 PA CONNELLSVILLE SUNOCO 02684413 US SEQ# 519957 0997 | $21.86 | | Sep 08, 2022 | $594.27 |
| Signature POS Debit 09/07 PA CONNELLSVILLE SUNOCO 02684413 SEQ# 020995 0997 | $15.00 | | Sep 08, 2022 | $579.27 |
| ATM Withdrawal 09/08 PA CONNELLSVILLE 822 VANDERBILT RAODUS SEQ# 006696 0997 | $82.75 | | Sep 08, 2022 | $496.52 |
| ATM Withdrawal 09/07 PA CONNELLSVILLE 2561 MEMORIAL BLVD US SEQ# 000412 0997 | $202.00 | | Sep 08, 2022 | $294.52 |
| Pinned POS Debit 09/09 PA CONNELLSVILLE MARTINS FUEL 62 SEQ# 589051 7023 | $20.00 | | Sep 09, 2022 | $274.52 |
| Signature POS Debit 09/08 PA CONNELLSVILLE HUNTER PHARMACY SEQ# 092165 7023 | $7.90 | | Sep 09, 2022 | $266.62 |
| ATM Withdrawal 09/09 PA CONNELLSVILLE 2601 MEMORIAL BLVD US SEQ# 003673 0997 | $120.00 | | Sep 09, 2022 | $146.62 |
| Signature POS Debit 09/11 PA 412-6221370 WQED Multimedia SEQ# 070694 0997 | $6.42 | | Sep 12, 2022 | $140.20 |
| ATM Withdrawal 09/09 PA CONNELLSVILLE 425 BREAKNECK RD US SEQ# 008799 0997 | $42.50 | | Sep 12, 2022 | $97.70 |
| Check #1412 | $50.00 | | Sep 13, 2022 | $47.70 |
| ASPIRE MC PMT ePay ASPIRE MC PMT | $180.00 | | Sep 27, 2022 | ($132.30) |
| RETURNED ITEM, INSUFFICIENT FUNDS, ASPIRE MC PMT ePay ASPIRE MC PMT | | $180.00 | Sep 28, 2022 | $47.70 |
| NSF FEE CHARGE | $40.00 | | Sep 28, 2022 | $7.70 |
| Pinned POS Debit 09/29 PA MT PLEASANT SPEEDY MEEDY'S US SEQ# 940317 0997 | $7.01 | | Sep 30, 2022 | $0.69 |
| ==SSA TREAS 310 XXSOC SEC XXXXX6270A SSA== | | ==$1,448.00== | Oct 03, 2022 | $1,448.69 |