IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-21961 JAD |
| Kenneth E. McKeel, | : | Chapter 13 |
| Debtor, | : | Related To Claim No. 2 |
| Kenneth E. McKeel, | : | Document No. ___ |
| Movant, | : | Hearing Date and Time: Wednesday, March 1, 2023 at 10:00 a.m. |
| vs. | : | |
| | : | Responses Due By: February 17, 2023 |
| Calvalry SPV I, LLC, | : | |
| Respondent. | : | |

CERTIFICATION OF NO OBJECTION
TO OBJECTION TO ALLOWANCE OF CLAIM NO. 2

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Allowance of Claim filed on January 31, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Allowance of Claim appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than February 17, 2023.

It is hereby respectfully requested that the Order attached to the Objection to Allowance of Claim be entered by the Court.

Dated: February 21, 2023

ZEBLEY MEHALOV & WHITE, P.C.

/s/ Daniel R. White
Daniel R. White
Pa. I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
Telephone (724) 439-9200
Attorney for Debtor