File No. 12189-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-21961 JAD |
| | : | |
| Kenneth E. McKeel, | : | Chapter 13 |
| | : | |
| Debtor, | : | Related To Claim No. 2 |
| | : | |
| Kenneth E. McKeel, | : | Document No. ___ |
| | : | |
| Movant, | : | |
| | : | Related to Doc. #44 |
| vs. | : | |
| | : | |
| Calvalry SPV I, LLC, | : | **DEFAULT O/E JAD** |
| | : | |
| Respondent. | : | |
| | : | |

ORDER

AND NOW, this __24th__ day of _____February_____, 2023, based upon the Objection of Debtor to Proof of Claim No. 2, it is hereby ORDERED that the Proof of Claim No. 2 filed by Calvalry SPV I, LLC on October 6, 2022, is STRICKEN as a secured claim. This Proof of Claim shall be deemed as unsecured general nonpriority and is entitled to distribution under Debtor's confirmed Chapter 13 Plan as a timely unsecured claim.

BY THE COURT:



sjk

_____
Jeffery A. Deller, United States Bankruptcy Judge

FILED
2/24/23 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21961-JAD |
| Kenneth E. McKeel | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

**Recip ID          Recipient Name and Address**
db             +  Kenneth E. McKeel, 228 Dewitt Avenue, Connellsville, PA 15425-2325

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2023            Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

**Name                              Email Address**

Brian Nicholas
                                  on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Daniel R. White
                                  on behalf of Debtor Kenneth E. McKeel lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Denise Carlon
                                  on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Office of the United States Trustee
                                  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                  cmecf@chapter13trusteewdpa.com

TOTAL: 5