**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KENNETH E. MCKEEL | Case No. 22-21961JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>SYNCHRONY BANK | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

TRUSTEE HAS SEVERAL TIMES RECEIVED RETURNED CHECKS WHICH INDICATE CREDITOR IS HAVING DIFFICULTY IDENTIFYING CORRECT ACCOUNT IN ORDER TO APPLY PAYMENT. TRUSTEE HAS WORKED WITH CREDITOR'S CONTACT ON SEVERAL OCCASIONS AND CONTACT HAS ASSURED TRUSTEE'S REPRESENTATIVE THAT MATTER HAS BEEN INTERNALLY ADDRESSED. THE MATTER HAS NOT BEEN SUCCESSFULLY ADDRESSED BECAUSE PAYMENT HAS ONCE AGAIN BEEN RETURNED.

SYNCHRONY BANK  
PO BOX 669805  
DALLAS, TX 75266-0757

Court claim# 11/Trustee CID# 6

The Movant further certifies that on 04/24/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

DEBTOR(S):
KENNETH E. MCKEEL, 228 DEWITT AVENUE, CONNELLSVILLE, PA  15425

DEBTOR'S COUNSEL:
DANIEL R WHITE ESQ, ZEBLEY MEHALOV & WHITE PC, POB 2123*, UNIONTOWN, PA 15401

ORIGINAL CREDITOR:
SYNCHRONY BANK, PO BOX 669805, DALLAS, TX  75266-0757

NEW CREDITOR: