UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania (Pittsburgh)

**KENNETH E MCKEEL**  
**DEBTOR**

Case No: 22-21961  
Chapter 13

## NOTICE OF WITHDRAWAL OF CLAIM:

Claim No. 10 was filed on 12/06/2022 by WesBanco Bank, INC. WesBanco Bank, INC. notifies the Court this claim is withdrawn and in support thereof states: <u>Claim has been paid in full</u>

## CERTIFICATE OF SERVICE

Service of the foregoing NOTICE OF WITHDRAWAL OF CLAIM via the Court's ECF delivery system and mailing by United States Mail, First Class, postage prepaid, a true copy thereof this _10th_ day of _January_ 2024, as follows:

**United States Trustee**
**Office of the United States Trustee**
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
*service via the ECF delivery system*

**Daniel White**
Tremba, Kinney, Greiner, Kerr & White
1310 Morrell Avenue
Suite 3
Connellsville, PA 15425
*Counsel for Debtor– service via the ECF delivery system and U.S. Mail*

**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Bankruptcy Trustee– service via the ECF delivery system and U.S. Mail*

**Kenneth E. McKeel**
228 Dewitt Avenue
Connellsville, PA 15425
FAYETTE-PA
*Debtor – service via U.S. Mail*

Respectfully submitted,

/s/ Mary Ann Lyttle
Asst. Officer - Bankruptcy & Area Team Lead
WesBanco Bank Inc.
1 Bank Plaza
Wheeling, WV 26003

{P0100619.1}