**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| KENNETH E. MCKEEL | Case No. 22-21961JAD |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| FAYETTE COUNTY TAX CLAIM BUREAU* | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

> PARTIES ARE ADVISED THAT FUNDS PLACED ON RESERVE MAY BE TREATED AS GENERAL PLAN FUNDING AND REDISTRIBUTED PURSUANT TO THE TERMS OF THE CONFIRMED PLAN.

| | |
|---|---|
| FAYETTE COUNTY TAX CLAIM BUREAU* <br> 2 WEST MAIN ST <br> UNIONTOWN, PA 15401 | Court claim# /Trustee CID# 28 |

The Movant further certifies that on 02/02/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
KENNETH E. MCKEEL, 228 DEWITT AVENUE, CONNELLSVILLE, PA  15425

DEBTOR'S COUNSEL:
DANIEL R WHITE ESQ, CALAIARO VALENCIK**, 8 NICKMAN PLAZA, LEMONT FURNACE, PA  15456

NEW CREDITOR:

ORIGINAL CREDITOR:
FAYETTE COUNTY TAX CLAIM BUREAU*
2 WEST MAIN ST, UNIONTOWN, PA  15401